■ JUDITH NICHOLS et al., on Behalf of Themselves and All Other Employees Similarly Situated, Appellants, v DIOCESE OF ROCHESTER, Respondent. (Appeal No. 1.) [838 NYS2d 457]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 1, 2004. The order, insofar as appealed from, granted in part defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.